UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>    Ziad G. Chedrawi<br>    Caroline R. Chedrawi<br>           Debtors | :<br>:<br>:<br>:<br>:<br>: | Chapter 13<br><br>Bankruptcy Case No.: 17-15077 ref |

**CERTIFICATE OF NO RESPONSE
TO MOTION TO MODIFY PLAN POST-CONFIRMATION**

      I, Everett Cook, Esquire, counsel for the Debtor, hereby certifies that on May 21, 2018 a Motion to Modify Plan Post-Confirmation was served upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**JEROME B. BLANK**
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

**MARIO J. HANYON**
Phelan Hallinan & Schmieg
1617 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103

**REBECCA ANN SOLARZ**
KML Law Group, P.C.
710 Market Street
Suite 5000
Philadelphia, PA 19106

**LISA MARIE CIOTTI**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**KEVIN G. MCDONALD**
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

The above-named have failed to file on or before June 11, 2018 (21 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 6/18/18				Signed:/s/ Everett Cook_____
					By: Everett Cook, Esq.
					The Law Offices of Everett Cook, P.C.
					2309 Macarthur Road
					Whitehall, PA, 18052
					610.351.3566

					610.351.3556 FAX

Label Matrix for local noticing
0313-4
Case 17-15077-ref
Eastern District of Pennsylvania
Reading
Fri May 18 15:38:28 EDT 2018

Afni, Inc.
PO Box 3097
Bloomington, IL 61702-3097

Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129-2386


(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

Americredit/Gm Financial
PO Box 183853
Arlington, TX 76096-3853


Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Berks Credit & Coll
900 Corporate Dr
Reading, PA 19605-3340

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238


Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Comenity Bank/Bon Ton
Attn: Bankruptcy
PO Box 18215
Columbus, OH 43218

Comenitybk/bonton
3100 Easton Square Pl
Columbus, OH 43219-6232


Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Gm Financial
PO Box 181145
Arlington, TX 76096-1145

Kohls/Capital One
Kohls Credit
PO Box 3043
Milwaukee, WI 53201-3043


Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386


Toyota Motor Credit Co
240 Gibraltar Rd Ste 260
Horsham, PA 19044-2387

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013


Toyota Motor Credit Corporation
c/o Kevin G. McDonald, Esq
701 Market Street, Ste 5000
Philadelphia, PA 19106-1541

U S Dept of Ed/Gsl/Atl
PO Box 5609
Greenville, TX 75403-5609

US Department of Education
PO Box 16448
St. Paul, MN 55116-0448


US Dept Ed
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116-0408

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN, 55121-7700


Wells Fargo Bank, N.A.
c/o Mario J. Hanyon, Esq.
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103-1823

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Caroline R. Chedrawi
9608 Sleepy Hollow Lane
Breinigsville, PA 18031-1182

| | | |
|---|---|---|
| FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606-0410 | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 | Ziad G. Chedrawi<br>9608 Sleepy Hollow Lane<br>Breinigsville, PA 18031-1182 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Bk of Amer<br>PO Box 982238<br>El Paso, TX 79998-2238 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Toyota Motor Credit Corp<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701-4747 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AmeriCredit Financial Services, Inc. A/C d | (u)Toyota Motor Credit Corporation | (u)Wells Fargo Bank, N.A. |
| (u)17-15077 | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients    4<br>Total    36 | |