UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Ziad G. Chedrawi | : | |
|    Caroline R. Chedrawi | : | |
|         Debtors | : | Bankruptcy Case No.: 17-15077 ref |
| | : | |
| | : | |

## ORDER

AND NOW, after notice and/or hearing on Debtors' Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1. The Modified Post Confirmation Chapter 13 Plan dated June 11, 2018, is confirmed.

SO ORDERED
BY THE COURT:

**Date: June 25, 2018**

_____
Richard E. Fehling
U. S. Bankruptcy Judge