# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Ziad G. Chedrawi : | No. 17-15077 REF |
| Caroline R. Chedrawi : | Chapter 13 |

### CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, counsel for the Debtors, hereby certifies that on June 26, 2018 an Application For Compensation And Reimbursement Of Expenses was served upon the creditors and parties in interest as follows:

**LISA MARIE CIOTTI**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Mario J. Hanyon
Phelan Hallinan & Schmieg
1617 John F. Kennedy Blvd Ste 1400
Philadelphia PA 19103

Rebecca Ann Solarz
KML Law Group, P.C.
710 Market St. Ste 5000
Philadelphia PA 19106

Bank of America
P O Box 982284
El Paso TX 79998-2284

Discover Bank
Discover Products Inc.
P O Box 3025
New Albany OH 43054-3025

Toyota Motor Credit Co.
240 Gibraltar Rd Ste 260
Horsham PA 19044-2387

Jerome B. Blank
Phelan Hallinan & Schmieg LLP
1617 JFK Blvd
Philadelphia PA 19103

Kevin G. McDonald
KML Law Group P.C.
701 Market St. Ste 5000
Philadelphia PA 19106

Afni Inc
P O Box 3097
Bloomington IL 61702-3097

Capital One N.A.
c/o Becket and Lee LLP
P O Box 3001
Malvern PA 19355-0701

Kohls/capone
N56 W 17000 Ridgewood Dr.
Menomonee Falls WI 53051-7096

Toyota Motor Credit Corporation
c/o Kevin G. McDonald Esq
701 Market St Ste 5000
Philadelphia PA 19106-1541

US Dept Ed
ECMC/Bankruptcy
P O Box 16408
Saint Paul MN 55116-0408

Specialized Loan Servicing LLC
8742 Lucent Blvd Ste 300
Highlands Ranch CO 80129-2386

Berks Credit & Coll
900 Corporate Dr.
Reading PA 19805-3340

GM Financial
P O Box 181145
Arlington TX 76096-1145

Toyota Motor Credit Corporation
P O Box 8026
Cedar Rapids IA 52408-8026

United States Trustee
Office of the U.S. Trustee
833 Chestnut St Ste 500
Philadelphia PA 19107-4405

Americredit/Gm Financial
P O  Box 183853
Arlington TX 76096-3853

Comenitybk/bonton
3100 Easton Square Pl
Columbus OH 43219-6232

Specialized Loan Servicing LLC
8742 Lucent Blvd Ste 300
Highlands Ranch Colorado 80129-2386

Wells Fargo Bank, N.A.
c/o Mario J. Hanyon, Esq.
1617 JFK Blvd Ste 1400
One Penn Center Plaza
Philadelphia PA 19103-1823

Americredit Financial Services dba GM Finan
P O Box 183853
Arlington TX 76096-3853

Comenity Bank/Bon Ton
Attn:  Bankruptcy
P O Box 18215
Columbus OH 43218

Portfolio Recovery Associates LLC
P O Box 41067
Norfolk VA 23541-1067

U S Dept of Ed/Gsl/Atl
P O Box 5609
Greenville TX 75403-5609

Wells Fargo Bank NA
Wells Fargo Home Mortgage Americas
Servicing
Attn Bankruptcy Dept MAC X7801-014
3476 Stateview Blvd.
Fort Mill SC 29715-7203

Bank of America
P O Box 982238
El Paso TX 79998-2238

Kohls/Capital One
Kohls Credit
P O Box 3043
Milwaukee WI 53201-3043

Toyota Motor Credit Corporation
P O Box 9013
Addison TX 75001-9013

US Dept of Education  
P O Box 16448  
St. Paul MN 55116-0448  

Wells Fargo Bank NA  
Default Document Processing  
N9286-01Y  
1000 Blue Gentian Road  
Eagan MN 55121-7700  

Caroline Chedrawi  
Ziad G. Chedrawi  
9608 Sleepy Hollow Lane  
Breinigsville PA 18031-1182  


The above-named have failed to file on or before July 17, 2018 <span style="color:red">(21 Days from date of filing)</span>, any Answer, Objection or other responsive pleading.


Dated: 7/18/18         Signed: /s/ Everett Cook  
　　　　　　　　　　　　　By: Everett Cook, Esq.  
　　　　　　　　　　　　　The Law Offices of Everett Cook, P.C.  
　　　　　　　　　　　　　2309 Macarthur Road  
　　　　　　　　　　　　　Whitehall, PA, 18052  
　　　　　　　　　　　　　610.351.3566  
　　　　　　　　　　　　　610.351.3556 FAX