**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Ziad G. Chedrawi and Caroline R. Chedrawi | : | No. 17-15077 REF |
| | : | Chapter 13 |

### ORDER

**AND NOW**, upon consideration of the Initial Application for Allowance of Compensation Pursuant to §331 of the United States Bankruptcy Code ("Application"):

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $3,791.00 of which $1,000.00 was received pre-petition for the fee and expenses in the amount of $405.85.

**Date: July 20, 2018**

_____
U.S. Bankruptcy Judge