IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ZIAD G. CHEDRAWI
A/K/A ZIAD CHEDRAWI
CAROLINE R. CHEDRAWI
A/K/A CAROLINE CHEDRAWI
          Debtors

CHAPTER 13

BK. No. 17-15077 REF

## ORDER

AND NOW, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: September 25, 2018**

_____
RICHARD E. FEHLING,
Bankruptcy Judge

WILLIAM MILLER*R, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA 19606

JOHN EVERETT. COOK, ESQUIRE
2309 MACARTHUR ROAD
WHITEHALL, PA 18052

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

CAROLINE CHEDRAWI
9608 SLEEPY HOLLOW LANE
BREINIGSVILLE, PA 18031-1182

ZIAD CHEDRAWI
9608 SLEEPY HOLLOW LANE
BREINIGSVILLE, PA 18031-1182