United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-15077-ref
Ziad G. Chedrawi                                               Chapter 13
Caroline R. Chedrawi
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Sep 25, 2018
                              Form ID: pdf900          Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db/jdb         +Ziad G. Chedrawi,   Caroline R. Chedrawi,   9608 Sleepy Hollow Lane,
                  Breinigsville, PA 18031-1182
cr             +SPECIALIZED LOAN SERVICING LLC,    14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. A/C dba GM Fi
                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
          JOHN EVERETT COOK    on behalf of Debtor Ziad G. Chedrawi bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOHN EVERETT COOK    on behalf of Joint Debtor Caroline R. Chedrawi bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                     TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ZIAD G. CHEDRAWI                                    CHAPTER 13
A/K/A ZIAD CHEDRAWI
CAROLINE R. CHEDRAWI                                BK. No. 17-15077 REF
A/K/A CAROLINE CHEDRAWI
                    Debtors

ORDER

AND NOW, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is

hereby made an Order of this Court.

**Date: September 25, 2018**

RICHARD E. FEHLING,
Bankruptcy Judge


WILLIAM MILLER*R, ESQUIRE (TRUSTEE)            CAROLINE CHEDRAWI
2901 ST. LAWRENCE AVENUE, SUITE 100            9608 SLEEPY HOLLOW LANE
READING, PA 19606                              BREINIGSVILLE, PA 18031-1182

JOHN EVERETT. COOK, ESQUIRE                    ZIAD CHEDRAWI
2309 MACARTHUR ROAD                            9608 SLEEPY HOLLOW LANE
WHITEHALL, PA 18052                            BREINIGSVILLE, PA 18031-1182

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107