UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

   ZIAD G. CHEDRAWI                    : Bankruptcy No.  17-15077REF
       and
   CAROLINE R. CHEDRAWI              :

       Debtor(s)                         : Chapter 13

## PRAECIPE

Please withdraw the Trustee's Motion to Dismiss filed on or about November 2, 2018 at docket number 69 in the above referenced case.

                                            Respectfully submitted,

Date:  November 2, 2018                */s/William C. Miller*
                                           William C. Miller, Esq.
                                           Interim 13 Standing Trustee