UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Ziad G. Chedrawi | : | |
|    Caroline R. Chedrawi | : | |
|        Debtors | : | Bankruptcy Case No.: 17-15077 ref |
| | : | |
| | : | |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION TO MODIFY PLAN POST-CONFIRMATION**

    I, Everett Cook, Esquire, counsel for the Debtor, hereby certifies that on Octobewr 8, 2018 a Motion to Modify Plan Post-Confirmation was served upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**JEROME B. BLANK**
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

**LISA MARIE CIOTTI**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**MARIO J. HANYON**
Phelan Hallinan & Schmieg
1617 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103

**KEVIN G. MCDONALD**
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

**REBECCA ANN SOLARZ**
KML Law Group, P.C.
710 Market Street
Suite 5000
Philadelphia, PA 19106

The above-named have failed to file on or before October 29, 2018 (21 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 11/5/18						Signed:/s/ Everett Cook
							By: Everett Cook, Esq.
							The Law Offices of Everett Cook, P.C.
							2309 Macarthur Road
							Whitehall, PA, 18052
							610.351.3566

							610.351.3556 FAX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE M. CAMPBELL and KIM L CAMPBELL, husband and wife,<br><br>Plaintiffs<br>v.<br>CHARLES BALON, individually as police officer of the Bloomsburg Police Department, OFFICER AUCHTER, individually as police officer of the Bloomsburg Police Department, OFFICER SZKODNY, individually as a police officer of the Bloomsburg Police Department, Roger F. VanLoan, individually as police chief of the Bloomsburg Police Department, TOWN OF BLOOMSBURG, CAPITOL BAR & GRILL, JOHN BERGER, III, MARLENE BUTTERS and JASON GREGAS,<br><br>Defendants. | Civil Action Law<br><br>Jury Trial Demanded<br><br>Civil Action No. 4:16-CV-00779-MWB |

## CERTIFICATE OF NON-CONCURRENCE

I, Mark J. Kozlowski, Esquire, counsel for Moving Defendant, hereby certify pursuant to L.R. 7.1, that I sought concurrence from Plaintiffs' counsel in the Motion for Summary Judgment. Counsel does not concur.

Respectfully submitted,
MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN

By: _____
Mark J. Kozlowski, Esquire
Attorney I.D. No: PA 308676

LEGAL/119284266.v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 17-15077-ref<br>Eastern District of Pennsylvania<br>Reading<br>Mon Oct  8 10:54:18 EDT 2018 | SPECIALIZED LOAN SERVICING LLC<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, CO 80129-2386 |
| Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 | Afni, Inc.<br>PO Box 3097<br>Bloomington, IL  61702-3097 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Americredit/Gm Financial<br>PO Box 183853<br>Arlington, TX  76096-3853 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Berks Credit & Coll<br>900 Corporate Dr<br>Reading, PA  19605-3340 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Comenity Bank/Bon Ton<br>Attn: Bankruptcy<br>PO Box 18215<br>Columbus, OH  43218 |
| Comenitybk/bonton<br>3100 Easton Square Pl<br>Columbus, OH  43219-6232 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Gm Financial<br>PO Box 181145<br>Arlington, TX  76096-1145 |
| Kohls/Capital One<br>Kohls Credit<br>PO Box 3043<br>Milwaukee, WI  53201-3043 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Law Office of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall PA 18052-4523 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Toyota Motor Credit Co<br>240 Gibraltar Rd Ste 260<br>Horsham, PA 19044-2387 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Toyota Motor Credit Corporation<br>c/o Kevin G. McDonald, Esq<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106-1541 |
| U S Dept of Ed/Gsl/Atl<br>PO Box 5609<br>Greenville, TX  75403-5609 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | US Dept Ed<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN  55116-0408 |
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN, 55121-7700 | Wells Fargo Bank, N.A.<br>c/o Mario J. Hanyon, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103-1823 |

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Caroline R. Chedrawi
9608 Sleepy Hollow Lane
Breinigsville, PA 18031-1182

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052-4523

WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606-2265

Ziad G. Chedrawi
9608 Sleepy Hollow Lane
Breinigsville, PA 18031-1182

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Bk of Amer
PO Box 982238
El Paso, TX 79998-2238

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Toyota Motor Credit Corp
PO Box 8026
Cedar Rapids, IA 52408-8026

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701-4747

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AmeriCredit Financial Services, Inc. A/C d

(u)Toyota Motor Credit Corporation

(u)Wells Fargo Bank, N.A.

(u)17-15077

End of Label Matrix
Mailable recipients   34
Bypassed recipients    4
Total                 38