## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 13 |
| Ziad G. Chedrawi | : | |
| Caroline R. Chedrawi | : | |
| Debtors | : | Bankruptcy Case No.: 17-15077 ref |
| | : | |
| | : | |

### ORDER

AND NOW, after notice and/or hearing on Debtors' Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1.    The Modified Post Confirmation Chapter 13 Plan dated October 8, 2018, is confirmed.

**SO ORDERED**
**BY THE COURT**:

**Date: November 6, 2018**

_____
 Richard E. Fehling
 U. S. Bankruptcy Judge