**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
|     **Ziad G. Chedrawi** | : | |
|     **Caroline R. Chedrawi** | : | |
|         **Debtors** | : | **Bankruptcy Case No.:  17-15077 ref** |
| | : | |
| | : | |

**ORDER**

AND NOW, after notice and/or hearing on Debtors' Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1. The Modified Post Confirmation Chapter 13 Plan dated October 30, 2018, is confirmed.

**SO ORDERED**
**BY THE COURT**:

**Date: November 7, 2018**

_____
 Richard E. Fehling
U. S. Bankruptcy Judge