United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ziad G. Chedrawi
Caroline R. Chedrawi
    Debtors

Case No. 17-15077-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Nov 06, 2018
                    Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
db/jdb      +Ziad G. Chedrawi,   Caroline R. Chedrawi,   9608 Sleepy Hollow Lane,    Breinigsville, PA 18031-1182
cr        +SPECIALIZED LOAN SERVICING LLC,   14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067
cr        +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr        AmeriCredit Financial Services, Inc. A/C dba GM Fi
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
          JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   Specialized Loan Servicing LLC paeb@fedphe.com
          JOHN EVERETT COOK   on behalf of Debtor Ziad G. Chedrawi bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
          JOHN EVERETT COOK   on behalf of Joint Debtor Caroline R. Chedrawi bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
          KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                      TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
Ziad G. Chedrawi :
Caroline R. Chedrawi :
　　　　Debtors : Bankruptcy Case No.: 17-15077 ref
 :
 :

## ORDER

AND NOW, after notice and/or hearing on Debtors' Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1. The Modified Post Confirmation Chapter 13 Plan dated October 8, 2018, is confirmed.

SO ORDERED
BY THE COURT:

**Date: November 6, 2018**

Richard E. Fehling
U. S. Bankruptcy Judge