```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 17-15077-ref
Ziad G. Chedrawi                                                Chapter 13
Caroline R. Chedrawi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith            Page 1 of 1           Date Rcvd: Nov 07, 2018
                            Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
```
db/jdb        +Ziad G. Chedrawi,    Caroline R. Chedrawi,    9608 Sleepy Hollow Lane,
                Breinigsville, PA 18031-1182
cr            +SPECIALIZED LOAN SERVICING LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. A/C dba GM Fi
                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Debtor Ziad G. Chedrawi bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Caroline R. Chedrawi bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
|    **Ziad G. Chedrawi** | : | |
|    **Caroline R. Chedrawi** | : | |
|         **Debtors** | : | **Bankruptcy Case No.: 17-15077 ref** |
| | : | |
| | : | |

**ORDER**

AND NOW, after notice and/or hearing on Debtors' Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1. The Modified Post Confirmation Chapter 13 Plan dated October 30, 2018, is confirmed.

**Date: November 7, 2018**

                                                 **SO ORDERED
BY THE COURT**:

                                                 _____
                                                 Richard E. Fehling
                                                 U. S. Bankruptcy Judge