UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ZIAD G.   CHEDRAWI
CAROLINE R.   CHEDRAWI
                                                    : Bankruptcy No. 17-15077REF
            Debtor(s)                               : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

            AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman,
standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a
master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been
previously filed); and it is further

            ORDERED, that any wage orders are hereby vacated.

**Date: March 21, 2019**

                                                    BY THE COURT

                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL PA 18052-

ZIAD G.   CHEDRAWI
CAROLINE R.   CHEDRAWI
9608 SLEEPY HOLLOW LANE
BREINIGSVILLE, PA 18031-1182