United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15077-ref
Ziad G. Chedrawi                                                          Chapter 13
Caroline R. Chedrawi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith              Page 1 of 2             Date Rcvd: Mar 21, 2019
                            Form ID: pdf900          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
```
db/jdb         +Ziad G. Chedrawi,    Caroline R. Chedrawi,    9608 Sleepy Hollow Lane,
                 Breinigsville, PA 18031-1182
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +SPECIALIZED LOAN SERVICING LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13979177      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14235784       +AmeriCredit Financial Services, Inc.,    c/o William E. Craig, Esq.,    110 Marter Ave., Ste 301,
                 Moorestown, NJ 08057-3124
13965633        Americredit/Gm Financial,    PO Box 183853,    Arlington, TX  76096-3853
13965635      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
14008720       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14014010        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13965638        Gm Financial,    PO Box 181145,    Arlington, TX  76096-1145
14128283       +Law Office of Everett Cook, P.C.,    2309 MacArthur Road,    Whitehall PA 18052-4523
14082416       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13965642      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corp,    PO Box 8026,
                 Cedar Rapids, IA  52408-8026)
13965641       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13979194       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14035873       +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13965643        U S Dept of Ed/Gsl/Atl,    PO Box 5609,    Greenville, TX  75403-5609
14037639        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13965644        US Dept Ed,    ECMC/Bankruptcy,    PO Box 16408,    Saint Paul, MN  55116-0408
13965645      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD  21701-4747)
13982757        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN, 55121-7700
13986124       +Wells Fargo Bank, N.A.,    c/o Mario J. Hanyon, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13965632        E-mail/Text: EBNProcessing@afni.com Mar 22 2019 03:01:48      Afni, Inc.,    PO Box 3097,
                 Bloomington, IL  61702-3097
13965634        E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 22 2019 03:02:11       Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA  19605-3340
13965636        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 22 2019 03:01:29       Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,    PO Box 18215,    Columbus, OH  43218
13965637        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 22 2019 03:01:29       Comenitybk/bonton,
                 3100 Easton Square Pl,    Columbus, OH  43219-6232
13967372        E-mail/Text: mrdiscen@discover.com Mar 22 2019 03:01:22       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13965639        E-mail/Text: bncnotices@becket-lee.com Mar 22 2019 03:01:24       Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
13965640       +E-mail/Text: bncnotices@becket-lee.com Mar 22 2019 03:01:25       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14000049        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2019 03:23:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 10
```

```
District/off: 0313-4          User: Keith                 Page 2 of 2                  Date Rcvd: Mar 21, 2019
                              Form ID: pdf900             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. A/C dba GM Fi
13965631        17-15077
14128290*      +Law Office of Everett Cook, P.C.,    2309 MacArthur Road,   Whitehall PA 18052-4523
14208760*      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
                                                                                          TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Caroline R. Chedrawi bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Ziad G. Chedrawi bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ZIAD G.   CHEDRAWI
CAROLINE R.   CHEDRAWI
                                                    : Bankruptcy No. 17-15077REF
          Debtor(s)                                 : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: March 21, 2019**

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL PA 18052-

ZIAD G.   CHEDRAWI
CAROLINE R.   CHEDRAWI
9608 SLEEPY HOLLOW LANE
BREINIGSVILLE, PA 18031-1182